# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| In re: | In Proceedings Under Chapter 13 |
|---|---|
| BRIAN KEITH NEFF, | Case No.: 2:15-bk-12694-EPB |
| and | **ORDER GRANTING DEBTORS' MOTION TO EXTEND TIME TO RESPOND TO TRUSTEE'S RECOMMENDATIONS AND TO SUBMIT STIPULATED ORDER CONFIRMING CHAPTER13 PLAN** |
| OPAL ALAYNA NEFF, | |
| Debtors. | |

Upon Debtors' Motion to Extend Time to Respond to the Trustee's Recommendations and To Submit the Stipulated Order Confirming Debtors' Chapter 13 Plan (Docket #20);

And for good cause appearing;

IT IS ORDERED, that the Debtors herein shall have until March 16, 2016, to respond to the Trustee's Recommendations and to submit to the Trustee for review and signature, a Stipulated Order Confirming their Chapter 13 Plan.

ORDER DATED AND SIGNED ABOVE

*In re: Brian & Opal Neff*
*Case No.2:15-bk-12694-EPB*

Case 2:15-bk-12694-EPB   Doc 21-1   Filed 02/16/16   Entered 02/16/16 07:20:42   Desc
Proposed Order    Page 1 of 1