Sandra C. Oswalt, Esq. (027283)
Stanley A. Buzzelle II, Esq. (028134)
**OSWALT LAW GROUP, PC**
300 West Clarendon Avenue, Suite 290
Phoenix Arizona 85013
Tel: (602) 773-5719| Fax: (602) 773-5739
sandra@oswaltlawgroup.com
stanleyb@oswaltlawgroup.com
*Attorneys for Debtors*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | In Proceedings Under Chapter 13 |
| BRIAN KEITH NEFF, | Case No.: 2:15-bk-12694-EPB |
| and | **NOTICE OF LODGING PROPOSED ORDER GRANTING SECOND MOTION TO EXTEND TIME TO RESPOND TO TRUSTEE'S RECOMMENDATIONS AND TO SUBMIT STIPULATED ORDER CONFIRMING CHAPTER 13 PLAN** |
| OPAL ALAYNA NEFF, | |
| Debtors. | |
| | **CERTIFICATE OF SERVICE** |

NOTICE IS HEREBY GIVEN that the Debtors have lodged an order for an second extension of time to respond to the Trustee's Recommendations and to submit to the Trustee a Stipulated Order Confirming their Chapter 13 Plan. A copy of the proposed order is attached.

Dated: March 17, 2016.

**OSWALT LAW GROUP, PC**

/s/ Stanley A. Buzzelle, II (028134)
Stanley A. Buzzelle, Esq.
Attorney for Debtors

***CERTIFICATE OF SERVICE***

This is to certify that on March 17, 2016, the foregoing was electronically transmitted to the Clerk's office using the CM/ECF system for filing and transmittal of a notice of electronic filing to the following CM/ECF registrants.

RUSSELL BROWN
ecfmailclient@ch13bk.com

U.S. TRUSTEE
USTPRegion14.PX.ECF@USDOJ.GOV

JAMES B. BALL on behalf of Creditor GATEWAY ONE LENDING & FINANCE, LLC
ball@poliball.com, bkecf@poliball.com


By: /s/ Stanley A. Buzzelle, II