1
2
3
4
5
6
7 **UNITED STATES BANKRUPTCY COURT**
8 **DISTRICT OF ARIZONA**

| | |
|---|---|
| In re: | In Proceedings Under Chapter 13 |
| BRIAN KEITH NEFF, | Case No.: 2:15-bk-12694-EPB |
| and | **ORDER GRANTING DEBTORS' SECOND MOTION TO EXTEND TIME TO RESPOND TO TRUSTEE'S RECOMMENDATIONS AND TO SUBMIT STIPULATED ORDER CONFIRMING CHAPTER13 PLAN** |
| OPAL ALAYNA NEFF, | |
| Debtors. | |

Upon Debtors' Second Motion to Extend Time to Respond to the Trustee's Recommendations and To Submit the Stipulated Order Confirming Debtors' Chapter 13 Plan (Docket #23);

And for good cause appearing;

IT IS ORDERED, that the Debtors herein shall have until May 16, 2016, to respond to the Trustee's Recommendations and to submit to the Trustee for review and signature, a Stipulated Order Confirming their Chapter 13 Plan.

## ORDER DATED AND SIGNED ABOVE

*In re: Brian & Opal Neff*
*Case No.2:15-bk-12694-EPB*