SO ORDERED.

Dated: March 25, 2016

Eddward P. Ballinger Jr., Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>BRIAN KEITH NEFF,<br><br>and<br><br>OPAL ALAYNA NEFF,<br><br>Debtors. | In Proceedings Under Chapter 13<br><br>Case No.: 2:15-bk-12694-EPB<br><br>**ORDER GRANTING DEBTORS' SECOND MOTION TO EXTEND TIME TO RESPOND TO TRUSTEE'S RECOMMENDATIONS AND TO SUBMIT STIPULATED ORDER CONFIRMING CHAPTER13 PLAN** |

Upon Debtors' Second Motion to Extend Time to Respond to the Trustee's Recommendations and To Submit the Stipulated Order Confirming Debtors' Chapter 13 Plan (Docket #23);

And for good cause appearing;

IT IS ORDERED, that the Debtors herein shall have until May 16, 2016, to respond to the Trustee's Recommendations and to submit to the Trustee for review and signature, a Stipulated Order Confirming their Chapter 13 Plan.

## ORDER DATED AND SIGNED ABOVE